## George Hosie, Appellant, v. La Salle, a corporation, Appellee.

### Gen. No. 22,731.    (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. MAR-CUS A. KAVANAGH, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed March 26, 1917. Rehearing denied April 9, 1917.

### Statement of the Case.

Action by George Hosie, plaintiff, against La Salle, a corporation, defendant, to recover damages for personal injuries. From a judgment for plaintiff for five hundred dollars, plaintiff appeals.

B. F. LANGWORTHY and MORSE IVES, for appellant.

LANDON & HOLT, for appellee; ROBERT N. HOLT, of counsel.

MR. JUSTICE HOLDOM delivered the opinion of the court.

### Abstract of the Decision.

1. DAMAGES, § 115*—*when verdict in personal injury action not inadequate.* In a personal injury action, a verdict of five hundred dollars damages for an injury to the head, *held* not against the manifest weight of the evidence and inadequate, there being evidence from which, if given credit by the jury, they might rightfully conclude certain heart troubles shown were constitutional and not attributable to such injuries.

2. APPEAL AND ERROR, § 1407*—*when judgment for damages not disturbed as inadequate.* A judgment will not be disturbed upon review for mere inadequacy of damages awarded unless it is apparent the verdict was the result of passion or prejudice in the jury or of error of law by the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.